# United States Pretrial Services
## Southern District of New York
## MEMORANDUM

**To:** Honorable Laura Taylor Swain
United States District Judge

**From:** Marlon Ovalles
United States Pretrial Services Officer

**Re:** Bryan Castillo
1: 18-CR-00319- 04 (LTS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-17-2019

**Date:** November 15, 2019

The attached memo was prepared by Pretrial Services Officer Marlon Ovalles (212) 805-4322.

We are respectfully requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[ ] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[LTS] My Chambers will inform all parties concerned that I will conduct a Bail Review Hearing in

Courtroom # 17C on Nov 26, 2019 at 11:00 AM.
　　　　　　　　　　　　Date　　　　　　　　Time

[ ] I request that a Bail Review Hearing be conducted by:

    [ ] The presiding Magistrate Judge in courtroom # 5A.

    [ ] The District Court Judge presiding in Part I.

    [ ] Judicial Officer at his/her earliest convenience.

[ ] I direct that the U.S. Attorney's office prepare a bench warrant for my signature, for violations of conditions of release.

Dated: New York, New York
      November 17, 2019

SO ORDERED

_____
Honorable Laura Taylor Swain
United States District Judge