USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-27-2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

BRYAN CASTILLO,

    Defendant.
-------------------------------------------------X

(S1) 1:18-CR-00319 – 4 (LTS)

ORDER

Laura Taylor Swain, United States District Judge:

    On consent of Bryan Castillo ███████████████, it is hereby ORDERED that he participate and successfully complete 28 days of rehabilitation services at either Cornerstone of Medical Arts located at 159-05 Union Turnpike, Fresh Meadows, New York 11366, or Cornerstone of Rhinebeck located at 500 Milan Hollow Road Rhinebeck, New York 12574, beginning on November 26, 2019.

Dated: New York, New York
       November 26, 2019

SO ORDERED:

_____
Laura Taylor Swain
United States District Judge