```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-12-2020
```

LAW OFFICE OF

# LORRAINE GAULI-RUFO, ESQ.

(LGR LAW, LLC)

| NEW JERSEY OFFICE | | NEW YORK OFFICE |
|---|---|---|
| 130 POMPTON AVENUE | **LGR** | 48 WALL STREET, 5TH FLOOR |
| VERONA, NJ 07044 | | NEW YORK, NY 10004 |
| (973) 239-4300 | | (646) 779-2746 |

LGAULIRUFO@GMAIL.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

March 11, 2020

*Via ECF*
Honorable Laura Taylor Swain
United States District Court Judge
United States Courthouse
500 Pearl Street
New York. NY 10007-1312

          Re: Sentencing Adjournment Request for Bryan Castillo
            *USA v. Fertides* 18 CR. 319

Dear Judge Swain:

    I was appointed to represent Bryan Castillo pursuant to the Criminal Justice Act ("CJA"). Mr. Castillo's sentencing is currently scheduled for March 19, 2020, at 2:30 pm. Mr. Castillo remains in inpatient treatment since his bail modification in this matter that occurred on November 26, 2019. I respectfully request a short, one-week adjournment of the sentencing. Your Honor's staff and understand that the Court is available on March 26, 2020 at 10:30 am. Carlos Ramirez, Mr. Castillo's Pretrial Service Officer and Karin Portlock, AUSA have no objection to this request and are both available on that date. Should Your Honor grant this request, Mr. Castillo's sentencing submission would be due by tomorrow, March 12, 2010, and the government's submission would be due on March 19, 2020. Your Honor's consideration of this request is greatly appreciated.

*The request is granted.*
*DE #212 resolved.*

Respectfully Submitted,

s/
Lorraine Gauli-Rufo, Esq.
Attorney for Bryan Castillo

SO ORDERED:

_____ 3/12/20
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

CC: Maurene Comey, AUSA
     Margaret Graham, AUSA
     Karin Portlock, AUSA
     Carlos Ramirez, PTSO