*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 18, 2020

**BY ECF**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
New York, New York 10007

# MEMO ENDORSED

Re:   *United States* v. *Bryan Castillo*, et al., S1 18 Cr. 319 (LTS)

Dear Judge Swain:

The Government writes to respectfully request adjournment of the sentencing for defendant Byran Castillo's sentencing in the above-referenced case, which is currently scheduled for March 26, 2020 at 10:30 a.m.

On March 13, 2020, Chief Judge McMahon issued a Standing Order entitled *In re Coronavirus/COVID-19 Pandemic*, 20 Misc. 154 (the "Order"). The Order notes that the President of the United States has declared a national emergency, the Governor of New York has banned mass gatherings, and the Centers for Disease Control and Prevention have advised the taking of precautions to reduce the possibility of exposure to the COVID-19 virus and to slow the spread of the disease. Among other things, the Order adjourns all trials scheduled to begin before April 27, 2020, strongly encourages judges to conduct court proceedings by telephone or video where possible, and further authorizes individual judges to take actions consistent with the Order.

      In light of the ongoing health crisis and consistent with Chief Judge McMahon's Order, the Government respectfully requests that the defendant's sentencing be adjourned to a date convenient for the Court in May 2020. The Government has consulted with defense counsel, who consents to this request and is available to appear for sentencing on May 1, 14-15, 18-20 and 27-29.

The sentencing is adjourned to
May 14, 2020, at 3:00 p.m.

SO ORDERED.
Dated: 3/18/2020

/s/Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

Respectfully submitted,
GEOFFREY S. BERMAN
United States Attorney

By:  /s/
Karin Portlock / Maurene Comey / Jamie Bagliebter
Assistant United States Attorneys
(212) 637-1589 / 2324 / 2236

cc: Lorraine Guali-Rufo, Esq.