LAW OFFICE OF
# LORRAINE GAULI-RUFO, ESQ.
### (LGR LAW, LLC)

| | | |
|---|---|---|
| NEW JERSEY OFFICE<br>130 POMPTON AVENUE<br>VERONA, NJ 07044<br>(973) 239-4300 |  | NEW YORK OFFICE<br>48 WALL STREET, 5TH FLOOR<br>NEW YORK, NY 10004<br>(646) 779-2746 |

LGAULIRUFO@GMAIL.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310
_____

April 6, 2020

*Via ECF*
Honorable Laura Taylor Swain
United States District Court Judge
United States Courthouse
500 Pearl Street
New York. NY 10007-1312

## MEMO ENDORSED

Re: *USA v. Fertides* 18 CR. 319  (Castillo)
    Modification of Bail Conditions

Dear Judge Swain:

    I was appointed to represent Bryan Castillo pursuant to the Criminal Justice Act ("CJA"). Mr. Castillo was ordered to enter a detoxification program followed by a rehabilitation stay and then enter an in-patient program for at least 3 months, which he did and complied with. However, due to the pandemic, Good Samaritan, where he is inpatient right now, would like to release him tomorrow. While Mr. Castillo would then be on his bail conditions previously imposed by Your Honor, I would respectfully request that his bail conditions be modified to remove the condition of house arrest, and all other conditions of bail imposed by Your Honor to remain in effect., Carlos Ramirez, Mr. Castillo's Pretrial Service Officer  is recommending this modification, and Karin Portlock, AUSA, concurs with Pretrial Service's request.  Your Honor's consideration of this request is greatly appreciated.

                                            Respectfully Submitted,

                                            s/
                                            Lorraine Gauli-Rufo, Esq.
                                            Attorney for Bryan Castillo

CC: Maurene Comey, AUSA
     Margaret Graham, AUSA
     Karin Portlock, AUSA
     Hagen Scotten, AUSA

The foregoing modification request is granted.  DE# 218 resolved.

SO ORDERED.
4/6/2020
/s/ Laura Taylor Swain, USDJ

Carlos Ramirez, PTSO