LAW OFFICE OF
# LORRAINE GAULI-RUFO, ESQ.
### (LGR LAW, LLC)



| NEW JERSEY OFFICE | NEW YORK OFFICE |
|---|---|
| 130 POMPTON AVENUE | 48 WALL STREET, 5TH FLOOR |
| VERONA, NJ 07044 | NEW YORK, NY 10004 |
| (973) 239-4300 | (646) 779-2746 |

LGAULIRUFO@GMAIL.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

_____

*May 6, 2020*

*Via ECF*
Honorable Laura Taylor Swain
United States District Court Judge
United States Courthouse
500 Pearl Street
New York. NY 10007-1312

## MEMO ENDORSED

Re: *USA v. Fertides* 18 CR. 319  (Castillo)
Modification of Bail Conditions

Dear Judge Swain:

I represent Bryan Castillo in the above matter. In light of the current pandemic, we are respectfully requesting that the sentencing that is currently scheduled for May 12, 2010, be rescheduled to August 4, 2020 at 11 a.m. I have discussed this matter with the Karin Portlock, AUSA for the government, and they have no objection to this request. In addition, Mr. Castillo has consented to this new day. After contacting Your Honor's chambers, we understand the Court is available at this date and time. Accordingly, we respectfully request that matter be adjourned for sentencing until August 4, 2020 at 11 am.

The request is granted, and the related submission deadlines are modified accordingly.  DE# 240 resolved.
SO ORDERED.  5/7/2020
/s/ Laura Taylor Swain, USDJ

Respectfully Submitted,

s/
Lorraine Gauli-Rufo, Esq.
Attorney for Bryan Castillo

CC: Maurene Comey, AUSA
    Margaret Graham, AUSA
    Karin Portlock, AUSA
    Hagen Scotten, AUSA
    Carlos Ramirez, PTSO