UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                         No.  18 CR 319-LTS

BRYAN CASTILLO,                                     ORDER

        Defendant.

-------------------------------------------------------x

        The Court has received and reviewed an email from defendant Bryan Castillo requesting the early termination of his inpatient substance abuse treatment program, his participation in which is a special condition of his term of supervised released imposed by the Court's Judgment dated October 6, 2020 (docket entry no. 298).  Due to the email's discussion of sensitive medical and family issues, the Court will file the email under seal.

        The Court has consulted with the Court's Probation Department and concludes that termination of Mr. Castillo's participation in his inpatient program is not appropriate in light of Mr. Castillo's continued need to address his underlying issues in an inpatient setting.

        The Court appreciates Mr. Castillo's sincere desire to support his family, and encourages him to fully engage in his treatment program in order to best prepare himself to take care of his loved ones over the long term.

        Chambers will email a copy of this Order to Mr. Castillo at the email address provided in his communication to the Court.

        SO ORDERED.

Dated: New York, New York
       February 1, 2022

                                                                     /s/ Laura Taylor Swain
                                                                     LAURA TAYLOR SWAIN
                                                                      Chief United States District Judge