

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

_____

March 7, 2022

*Via ECF*
Honorable Laura Taylor Swain
United States District Court Judge
United States Courthouse
500 Pearl Street
New York. NY 10007-1312

# MEMO ENDORSED

Re: Request for Reappointment for Supervised Release Violation
*USA v. Fertides* 18 CR. 319

Dear Judge Swain:

    I was appointed to represent Bryan Castillo pursuant to the Criminal Justice Act ("CJA"), in the above matter. On March 3, 2022, I received notification that Mr. Castillo is facing a violation of his supervised release. I am respectfully requesting to be reappointed in this matter. I understand the initial appearance on the violation is scheduled for March 8, 2021, at 12:15 pm, and have reached out to Chambers regarding an already scheduled conflict I have in another courtroom at that time. I also understand that Christopher Madiou, the CJA panel member on Duty tomorrow is willing to stand in for me with the Court's approval. I will contact Mr. Madiou today and fill him in on the matter, and touch base with him tomorrow after court to be updated. Your Honor's time and consideration of this request is greatly appreciated.

Application granted.  For the reasons proffered in this letter and those stated on the record on March 8, 2022, the Court reappoints Lorraine Gauli-Rufo as CJA counsel for defendant Bryan Castillo, in connection with Mr. Castillo's defense of his charged violations of supervised release, nunc pro tunc as of March 3, 2022.  DE#484 resolved.

Respectfully Submitted,

s/
Lorraine Gauli-Rufo, Esq.
Attorney for Bryan Castillo

SO ORDERED.
Dated: March 8, 2022
/s/ Laura Taylor Swain, Chief U.S.D.J.