UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-                                                 No. 18-CR-319-LTS

BRYAN CASTILLO (4),

           Defendant.

-------------------------------------------------------------X

**ORDER**

      The Court hereby appoints Christopher Madiou, Esq., as CJA counsel for the limited purposes of preparing for and appearing at the violation of supervised release presentment, conference and detention hearing conducted in this case on March 8, 2022.

      SO ORDERED.

Dated: New York, New York
       March 8, 2022

                                                                        /s/ Laura Taylor Swain
                                                                 LAURA TAYLOR SWAIN
                                                                 Chief United States District Judge