UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-                                                                                                    No. 18 crim 319 (LTS)

BRYAN CASTILLO (4),

                    Defendant.
------------------------------------------------------------X

## ORDER

It is ORDERED, for the reasons stated on the record the defendant, Bryan Castillo, is hereby detained pending further order of the Court. .

Dated: New York, New York
        March 8, 2022

                                                                   LAURA TAYLOR SWAIN
                                                                   Chief United States District Judge