UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA

      -v-                                            No.  18-CR-319-LTS

BRYAN CASTILLO,

      Defendant.

-------------------------------------------------------------x

## Scheduling Order

The violation of supervised release conference in this case is scheduled to proceed on June 28, 2023, at 2:30 p.m., in Courtroom 17C.  The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

SO ORDERED.

Dated: New York, New York
       June 23, 2023

                                               /s/ Laura Taylor Swain
                                               LAURA TAYLOR SWAIN
                                               Chief United States District Judge