

**LGR LAW, LLC**
FEDERAL CRIMINAL DEFENSE

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5ᵀᴴ AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

June 23, 2023

*Via ECF*
Hon. Judge Laura Taylor Swain
District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

Re: United States v. Bryan Castillo
18-CR-319 (LTS)

Dear Judge Swain:

    I have been notified that there is a Violation of Supervised Release ("VOSR") hearing scheduled for June 28, 2023 in the above matter. I was previously appointed to represent Mr. Castillo in the underlying criminal matter pursuant to the Criminal Justice Act. I am respectfully requesting that I be reappointed in order to represent Mr. Castillo at the hearing.

                                Respectfully submitted,
                                s/ Lorraine Gauli-Rufo
                                Lorraine Gauli-Rufo, Esq.

cc: Jamie Bagliebter, AUSA
     Alicia Black, PTSO

Application granted. The Court reappoints Lorraine Gauli-Rufo as CJA counsel for defendant Bryan Castillo, in connection with his violation of supervised release and condition modification proceedings. DE#609 resolved.
SO ORDERED
June 23, 2023
/s/ *Laura Taylor Swain*, Chief USDJ